UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21440-CIV-King/Garber

TONY VAUGHN,

      Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, JAMES V.
CROSBY, JR., as Secretary,

      Respondent.
_____/

## **ORDER**

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King. Pursuant to such reference the Court has received the Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. §2254 filed on June 5, 2007. The Court has also received the respondent's Notice of Appearance and Motion to Quash Subpoena.

Upon due consideration, it is hereby

ORDERED that the respondent shall file a response to the Petition for Writ of Habeas Corpus on or before July 31st, 2007 and furnish a copy of same to the undersigned's chambers. It is further

ORDERED that respondent's Motion to Quash Subpoena is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 26th day of June, 2007.

*/s/ Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
District Judge King
Counsel of record